UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00178-4-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOHNNY STACEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervised Release. The court also has before it the Response of the government, which reflects that defendant has done extremely well under supervision and is an excellent candidate for such relief. Further, defendant's supervising officer reports "positivity and initiative" by defendant while on release, securing a job, compliance with all conditions of supervision, and taking care of his gravely ill wife. Defendant is commended on turning his life around and being a productive and responsible member of his community. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#590) is GRANTED, and supervision is terminated early as successful

Signed: July 22, 2013

Max O. Cogburn Jr.
United States District Judge